UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:97-CR-98-02-F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| EMMETT MADISON GRAHAM, JR., ) | |
| Defendant. ) | |

Emmett Madison Graham, Jr., seeks early termination of his five-year term of supervised release. *See* Motion [DE-289]. The court has consulted with the United States Probation Office, which has inquired into the circumstances of Mr. Graham's supervision in light of his allegations contained in his motion.

To date, Graham has completed only 18 months of his 60-months term of supervision. Although he appears to be in compliance with the terms and conditions imposed, the Probation Office continues to monitor Graham's health and financial situation.

In light of the nature of Graham's convictions, his outstanding monetary obligations and the short period of time he has been on release, the court declines to entertain his suggestion that he be granted early termination. Graham's motion for early termination of supervised release [DE-289] is DENIED.

SO ORDERED.

This, the 7th day of August, 2012.

*James C. Fox*
James C. Fox
Senior United States District Judge