IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:97CR00098-001B0

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| EMMETT MADISON GRAHAM, JR., ) | |
| ) | |
| Defendant. ) | |

On November 5, 2015, the Court orally ordered that Defendant's fine be stricken. That oral pronouncement, however, was inadvertently omitted from the Court's written order. Consistent with Federal Rule of Civil Procedure 60(a) and other applicable law, and with the United States' consent, the Court now corrects its November 5, 2015 order to memorialize its oral pronouncement.

It is hereby ORDERED that the Court's November 5, 2015 written order [D.E. 322] is amended, and the financial imposition originally imposed in this case is stricken. The Clerk of Court is DIRECTED to return to defendant any payments made toward satisfaction of the fine originally imposed.

SO ORDERED, this 16 day of October, 2018.

TERRENCE W. BOYLE
Chief United States District Judge